IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 148 |
| ) | |
| GENE A. DOWNUM, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, GENE A. DOWNUM, was on Naval Support Activity South Potomac, Dahlgren, Virginia, in the Eastern District of Virginia.

2. Naval Support Activity South Potomac, Dahlgren, Virginia is property administered by the Department of Defense and is within the special maritime and territorial jurisdiction of the United States and this Court.

## COUNT ONE
(Citation No. 6794969)

On or about August 24, 2019, in the Eastern District of Virginia, at Naval Support Activity South Potomac, Dahlgren, Virginia, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, GENE A. DOWNUM, was found

operating a motor vehicle under the influence of alcohol, with a blood alcohol concentration of 0.10 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 and 18.2-270 et seq.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Kaitlin G. Cooke*
Kaitlin G. Cooke
Assistant United States Attorney